# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOUG WATTS, | CIVIL ACTION 1:14-cv-09029 |
| Plaintiff, | |
| v. | COMPLAINT |
| WELTMAN WEINBERG & REIS CO. L.P.A., | JURY TRIAL DEMANDED |
| Defendant. | |

**COMPLAINT FOR RELIEF PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT**

NOW COMES the Plaintiff, DOUG WATTS ("Doug"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendant, WELTMAN WEINBERG & REIS CO. L.P.A. ("Weltman") as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as defendant conducts business in the Northern District of Illinois and all of the events or omissions giving rise to the claim occurred within the Northern District of Illinois.

## PARTIES

4. Doug is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. At all times relevant to the action, Weltman was a law firm with headquarters located at 323 West Lakeside Avenue, Suite 200, Cleveland, Ohio 44113 and with licensed attorneys practicing in Illinois.

6. Weltman is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

## FACTS SUPPORTING CAUSE OF ACTION

7. Springleaf Financial ("Springleaf") has been attempting to collect from Doug an alleged consumer debt in the amount of $3,010.81.

8. On December 19, 2012, Weltman, on behalf of Springleaf, filed a complaint in the Circuit Court of Cook County, Illinois against Doug. The case was captioned *Springleaf Financial v. Doug Watts*, case number 2012 M1 175657 ("Collection Case"). *See* Exhibit A, a true and correct copy of the Collection Case court docket.

9. Weltman filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

10. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit B, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

11. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

12. Cases filed in the First Municipal District are identified by the abbreviation "M1."

13. Doug resides at 12858 Honore Street, Blue Island, Illinois 60406.

14. Blue Island, Illinois is located within Cook County, but is located within the Circuit Court of Cook County's Sixth Municipal District. *Id.*

15. The Markham Courthouse is the courthouse that serves the Circuit Court of Cook County's Sixth Municipal District. *Id.*

16. The Richard J. Daley Center Courthouse is 18 miles from Doug's home.

17. In contrast, the Markham Courthouse is 8.5 miles from Doug's home.

18. In order for Doug to travel to the Markham Courthouse from his home, he would merely have to drive on Interstate 57 South and park in the free parking lot at the Markham Courthouse.

19. According to Google Maps, the trip would take about 11 minutes.

20. In order for Doug to travel to the Richard J. Daley Center Courthouse, he must take Interstate 57 North and Interstate 94 West, locate expensive parking for his vehicle, and make his way there either on foot or via taxi.

21. According to Google Maps, this trip will take 29 minutes excluding the time spent in traffic, locating parking, and actually making the trek to the Richard J. Daley Center Courthouse.

22. The courthouse closest to Doug's home is the Markham Courthouse.

23. On January 22, 2014, Weltman caused a citation to discover assets to be issued against Doug in the Collection Case. *See* Exhibit A.

**COUNT I -- VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

24. Doug repeats and realleges paragraphs 1 through 23 as though fully set forth herein.

25. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

26. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

27. 15 U.S.C. §1692i(a)(2) of the FDCPA prohibits *any legal action* brought by a debt collector in a location other than where the contract was signed or where the consumer resides.

28. Weltman violated 15 U.S.C. §1692i(a)(2) when it caused a citation to discover assets to be issued in the Collection Case against Doug on January 22, 2014, at the Richard J. Daley Center Courthouse, a location some 9.5 miles further from Doug's home than the Markham Courthouse.

29. The closest courthouse to Doug's home is the Markham Courthouse.

30. Weltman sued Doug at a remote courthouse in order to discourage him from appearing and defending the Collection Case.

31. Weltman's unlawful collection activities constitute abusive forum-shopping in violation of the FDCPA.

WHEREFORE, Plaintiff, DOUG WATTS, respectfully requests that this Honorable Court enter judgment in his favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: November 10, 2014          Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188